UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGIL R. GREEN, a/k/a
MU'EEM RASHAD

        Plaintiff,                                 Civil Action No. 13-CV-14247
                                                HON. BERNARD A. FRIEDMAN
vs.                                            MAG. JUDGE PAUL KOMIVES

JAMES G. MILLER,

        Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

        This matter is before the Court on Magistrate Judge Paul Komives's Report and

Recommendation ("R&R") dated April 16, 2014 [docket entry 18].  The R&R recommends that the

Court grant in part and deny in part defendant's motion for summary judgment [docket entry 12].

Neither party has filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

        This Court had an opportunity to fully review this matter and believes that the magistrate judge

reached the correct conclusions for the proper reasons.  Accordingly,

        IT IS ORDERED that Magistrate Judge Paul Komives's R&R dated April 16, 2014, is hereby

accepted and adopted.

        IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted in part

and denied in part.

Dated:  May 8, 2014                   S/ Bernard A. Friedman_____
      Detroit, Michigan              BERNARD A. FRIEDMAN
                                SENIOR UNITED STATES DISTRICT JUDGE